1  DELFINO MADDEN O'MALLEY
   COYLE & KOEWLER LLP
2  JENNIFER RANDLETT MADDEN (CA. SBN 184905)
   Pro hac vice forthcoming
3  500 Capitol Mall, Suite 1550
   Sacramento, CA  95814
4  Telephone:   (916) 661-5700
   Facsimile:   (916) 661-5701
5  jmadden@delfinomadden.com

6  Attorney for Defendant
   DARRELL E. WAGNER
7

8  GORDON REES SCULLY
   MANSUKHANI, LLP
9  ROBERT S. LARSEN (SBN: 7785)
   300 So. 4th Street, Suite 1550
10 Las Vegas, Nevada 89101
   Telephone:   (702) 577-9301
11 Facsimile:   (702) 255-2858
   rlarsen@grsm.com
12
   Attorneys for Plaintiff
13 AMERIGAS PROPANE, INC.

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

       APR 1 1 2018

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - RENO

| | |
|---|---|
| AMERIGAS PROPANE, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL E. WAGNER, an individual,<br><br>Defendant. | CASE NO. 3:18-CV-00123-MMD-VPC<br><br>Complaint Filed: 3/19/2018    ORDER<br>Trial Date:       Not set.<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(First Request) |

It is HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendant DARRELL E. WAGNER ("Defendant") be granted an extension of time to respond to the Complaint of AMERIGAS PROPANE, INC., a Pennsylvania corporation ("Plaintiff").

Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading. In

{00113344.2}                                      1

addition, defense counsel is licensed to practice law in the state of California and, as such, requires time to associate as co-counsel an attorney licensed to practice law in the state of Nevada pursuant to Local Rule 11-2(a)(5) and submit her pro hac vice application.

This is the first stipulation requested and/or granted regarding this response.

The time for Defendant to respond to Plaintiff's Complaint is hereby extended by twenty-one (21) days. Defendant shall therefore have until May 4, 2018 to respond to Plaintiff's Complaint.

DATED: April 10, 2018

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Robert S. Larsen*
ROBERT S. LARSEN
Attorneys for Plaintiff
AMERIGAS PROPANE, INC.

DATED: April 10, 2018

DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP

By: */s/ Jennifer Randlett Madden*
JENNIFER RANDLETT MADDEN
Attorney for Defendant
DARRELL E. WAGNER

IT IS SO ORDERED.
DATED: April 11, 2018

_____
United States Magistrate Judge