1    ROBERT S. LARSEN, ESQ.
     Nevada Bar No. 7785
2    **GORDON REES SCULLY MANSUKHANI, LLP**
     300 South 4th Street, Suite 1550
3    Las Vegas, Nevada 89101
     Telephone:   (702) 577-9300
4    Facsimile:   (702) 255-2858
     rlarsen@grsm.com
5

6    *Attorneys for Plaintiff*
     *AmeriGas Propane, Inc.*
7

```
┌─────────────────────────────────────┐
│  ✓ FILED          ____ RECEIVED      │
│  ___ ENTERED      ____ SERVED ON     │
│              COUNSEL/PARTIES OF RECORD│
│     ┌──────────────────────────┐     │
│     │                          │     │
│     │      JUN 1 2 2018        │     │
│     │                          │     │
│     └──────────────────────────┘     │
│        CLERK US DISTRICT COURT       │
│         DISTRICT OF NEVADA           │
│  BY: _____ DEPUTY │
└─────────────────────────────────────┘
```

8          **UNITED STATES DISTRICT COURT**

9             **DISTRICT OF NEVADA**

10                            *ORDER*

11    AMERIGAS PROPANE, INC., a Pennsylvania
     corporation,                       CASE NO.   3:18-cv-00123-MMD-VPC
12

13             Plaintiff,           **MOTION TO REMOVE**
                                    **ATTORNEY FROM ELECTRONIC**
14    v.                                 **SERVICE LIST**

15    DARRELL E. WAGNER, an individual,

16             Defendant.

17

18        Pursuant to Local Rule IA 11-6, Alexander Nemeiroff, Esq. of Gordon Rees Scully

19    Mansukhani, LLP, respectfully moves the court for an Order Removing Attorney, Alexander

20    Nemeiroff, Esq., former email address anemiroff@grsm.com, from the electronic service list and

21    granting his withdrawal as counsel for Plaintiff AmeriGas Propane, Inc.[1] At the time the

22    Complaint was filed, Mr. Nemeiroff anticipated seeking admission with this Court via under Pro

23    Hac Vice status to practice in this case. However, Mr. Nemeiroff will not be seeking admission

24    with this Court to practice in this case at this time. Removal of Mr. Nemeiroff as counsel and

25    from the e-service list will not delay these proceedings because GORDON REES SCULLY

26    MANSUKHANI, LLP and Nevada admitted counsel will remain as counsel for Plaintiff.

27    ///

28

---

[1] The undersigned has authorization from Mr. Nemiroff to file this Motion.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1      Accordingly, there is good cause to justify granting Alexander Nemiroff's withdrawal

2 and removal from the electronic service list and as counsel of record in this case.

3 DATED this 9th day of May, 2018.

4

5                **GORDON REES SCULLY**
               **MANSUKHANI, LLP**

6

7                */s/ Robert S. Larsen*
               Robert S. Larsen, Esq.

8                Nevada Bar No. 7785
               300 South 4th Street, Suite 1550

9                Las Vegas, Nevada 89101

10                *Attorneys for Plaintiff*

11

12

13                IT IS SO ORDERED

14                U.S. MAGISTRATE JUDGE

15                DATED: Jenn 12, 2018

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1

## CERTIFICATE OF SERVICE

2        I HEREBY CERTIFY that on the 9th day of May, 2018, and pursuant to Fed. R. Civ. Pro.

3  5, I served via CM/ECF a true and correct copy of the foregoing **MOTION TO REMOVE**

4  **ATTORNEY FROM ELECTRONIC SERVICE LIST** upon those persons designated by the

5  parties in the E-Service Master List.

6

7

8                            */s/ Chelsey Holland*
                              An Employee of GORDON REES SCULLY

9                              MANSUKHANI, LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

1152511/38320406v.1