| | |
|---|---|
| DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP<br>JENNIFER RANDLETT MADDEN (CA. SBN 184905)<br>500 Capitol Mall, Suite 1550<br>Sacramento, CA 95814<br>Telephone: (916) 661-5700<br>Facsimile: (916) 661-5701<br>jmadden@delfinomadden.com<br><br>Attorneys for Defendant<br>DARRELL E. WAGNER<br><br>GORDON REES SCULLY MANSUKHANI, LLP<br>ROBERT S. LARSEN (SBN: 7785)<br>300 So. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>Telephone: (702) 577-9301<br>Facsimile: (702) 255-2858<br>rlarsen@grsm.com<br><br>Attorneys for Plaintiff<br>AMERIGAS PROPANE, INC. | SNELL & WILMER LLP<br>JOSHUA R. WOODARD (NV Bar No. 5555)<br>CARRIE L. PARKER (NV Bar No. 10952)<br>50 W. Liberty Street, Suite 510<br>Reno, Nevada 89501<br>Telephone: (775) 785-5440<br>Facsimile: (775) 785-5441<br>Email: jwoodard@swlaw.com<br>cparker@swlaw.com<br><br>✓ FILED  ___ RECEIVED<br>___ ENTERED  ___ SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>JUL -9 2018<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - RENO

| | |
|---|---|
| AMERIGAS PROPANE, INC., a Pennsylvania corporation,<br><br>  Plaintiff,<br><br>v.<br><br>DARRELL E. WAGNER, an individual,<br><br>  Defendant. | CASE NO. 3:18-CV-00123-MMD-VPC<br><br>Complaint Filed: 3/19/2018<br>Trial Date: Not set.<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: July 16, 2018<br>Time: 10:30 AM<br>Courtroom: 1<br>Magistrate Judge Valerie P. Cooke |

It is HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Case Management Conference currently scheduled for July 16, 2018 at 10:30 AM before Magistrate Judge Valerie P. Cooke in Courtroom 1 of this Court be

{00116740.3}  1

1  continued, with the Court's approval, to August 7, 2018 at 10:30 AM or to a date and time after
2  August 7, 2018 that is convenient for the Court.
3      It is further stipulated that the deadline for the parties to submit the Joint Case
4  Management Report shall be based on the date selected for the new Case Management
5  Conference.
6      Good cause exists for this continuance because Jennifer Randlett Madden and Carrie
7  Parker, counsel for Defendant, are both unavailable on the date currently set for the Case
8  Management Conference.

10  DATED: July 2, 2018        GORDON REES SCULLY MANSUKHANI, LLP

12  By: /s/ Robert S. Larsen (as authorized on 7/2/2018)
    ROBERT S. LARSEN
13  LYNNE MCCHRYSTAL
    Attorneys for Plaintiff
14  AMERIGAS PROPANE, INC.

15  DATED: July 2, 2018        DELFINO MADDEN O'MALLEY COYLE &
16  KOEWLER LLP

18  By: /s/ Jennifer Randlett Madden
    JENNIFER RANDLETT MADDEN
19  Attorney for Defendant
    DARRELL E. WAGNER

## ORDER

22  **IT IS SO ORDERED.** The Case Management Conference is continued to August 7,
23  2018, and the deadline for the parties to submit the Joint Case Management Report is
24  July 27, 2018.

25  DATED: July 9, 2018    UNITED STATES MAGISTRATE JUDGE

{00116740.3}    2