ROBERT S. LARSEN, ESQ.
Nevada State Bar No. 7785
LYNNE K. McCHRYSTAL, ESQ.
Nevada State Bar No. 14739
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: rlarsen@grsm.com
      lmcchrystal.grsm.com

*Attorneys for Plaintiff*
*AmeriGas Propane, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERIGAS PROPANE, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL E. WAGNER, an individual,<br><br>Defendant. | CASE NO. 3:18-cv-00123-MMD-CBC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff AmeriGas Propane, Inc. ("Plaintiff"), pursuant to FRCP 41(a), by and through its attorneys of record, Robert S. Larsen, Esq. and Lynne K. McChrystal, Esq., of Gordon Rees Scully Mansukhani LLP, and Defendant Darrell E. Wagner, by and through his attorneys of record, Jennifer R. Madden, Esq., of Delfino Madden O'Malley Coyle & Koewler LLP and Carrie L. Parker, Esq., and Joshua R. Woodard, Esq., of Snell and Wilmer LLP, hereby stipulate that all of Plaintiff's claims against Defendant have fully resolved and that all of Plaintiff's claims against Defendant in this matter be dismissed with prejudice.

///

///

///

-1-

Each party agrees to bear its own fees and costs.

DATED this 27th day of November 2018.  DATED this 27th day of November 2018.

**GORDON REES SCULLY** | **DELFINO MADDEN O'MALLEY COYLE**
**MANSUKHANI, LLP** | **& KOEWLER LLP**

 /s/ Robert S. Larsen | /s/ Jennifer R. Madden
ROBERT S. LARSEN, ESQ. | JENNIFER R. MADDEN, ESQ.
Nevada State Bar No. 7785 | (*Pro Hac Vice*)
LYNNE K. McCHRYSTAL, ESQ. | 500 Capitol Mall Suite 1550
Nevada State Bar No. 14739 | Sacramento, CA 95814
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101 | Joshua R. Woodard, Esq.
 | Nevada Bar No. 5555
*Attorneys for Plaintiff* | Carrie L. Parker, Esq.
 | Nevada Bar No. 10952
 | SNELL & WILMER L.L.P.
 | 50 W. Liberty Street, Suite 510
 | Reno, Nevada 89501

*Attorneys for Defendant*

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that the above-captioned matter be dismissed with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Dated: __November 29, 2018__

Case No.: 3:18-cv-00123-MMD-CBC